UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

CLAUDIO HERNANDEZ-HERNANDEZ,

Petitioner,

v.

CHRISTOPHER J. LAROSE, et al.,

Respondents.

Case No.: 3:26-cv-3924-CAB-VET

**ORDER PARTIALLY GRANTING PETITION FOR A WRIT OF HABEAS CORPUS**

The Court held a hearing on August 26, 2026 regarding the pending petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Based on the representations of counsel at the hearing, the Court **ORDERS** that Respondents provide Petitioner an individualized bond hearing before an immigration judge by **September 9, 2026**, unless Petitioner requests a continuance. To justify Petitioner's continued detention, the government must show by clear and convincing evidence that Petitioner is a danger to the community or a risk of flight.

///

///

///

///

If requested, Respondents shall assist Petitioner in obtaining an audio recording of the bond hearing.

The Clerk of the Court shall close the case.

It is **SO ORDERED**.

Dated: August 26, 2026

Hon. Cathy Ann Bencivengo
United States District Judge